No. 70–5124. STANSBERRY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted.

No. 70–5367. MORALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 71–45. MARTIN v. PACIFIC NORTHWEST BELL TELEPHONE Co. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 71–54. MOORE BUSINESS FORMS, INC. v. UARCO, INC. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.

No. 71–118. MASSILLON-CLEVELAND-AKRON SIGN Co. v. GOLDEN STATE ADVERTISING Co., INC., ET AL. C. A. 9th Cir. Motion of General Tire & Rubber Co. and Cleveland Patent Law Assn. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 71–150. GLOBE LIQUOR Co. v. FOUR ROSES DISTILLERS Co. Sup. Ct. Del. It appearing that the judgment of the Supreme Court of Delaware rests upon an independent and adequate state ground, certiorari denied.

No. 71–178. DANNER v. OHIO. Sup. Ct. Ohio. Motion to dispense with printing respondent's brief granted. Certiorari denied.